UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

------------------------------------------------------------x
:
In re                                           :        Chapter 11
:
THE COLONIAL BANCGROUP, INC.,                   :        Case No.   09-32303 (DHW)
:        Adv. Proc. No. 09-03087
            Debtor.                             :
:
------------------------------------------------------------x
:
:
THE COLONIAL BANCGROUP, INC.,                   :
:
       Plaintiff,                               :
:
v.                                              :        Case No.  2:10-mc-3503 (MHT)
:
FEDERAL DEPOSIT INSURANCE                       :
CORPORATION, as Receiver for                    :
COLONIAL BANK,                                  :
:
       Defendant.                               :
:
------------------------------------------------------------x

**RESPONSE OF THE COLONIAL BANCGROUP, INC. TO
MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS
RECEIVER FOR COLONIAL BANK, TO WITHDRAW THE REFERENCE OF SEVERAL
PENDING MATTERS TO CONSOLIDATE PROCEEDINGS BEFORE THE DISTRICT COURT**

THE COLONIAL BANCGROUP, INC. (the "Debtor"), as debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case, hereby responds to the *Motion of the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, to Withdraw the Reference of Several Pending Matters to Consolidate Proceedings Before the District Court* (the "Withdrawal Motion") filed in the United States Bankruptcy Court for the Middle District of Alabama (the "Bankruptcy Court") on March 31, 2010, and transmitted to this Court by the clerk of the Bankruptcy Court on April 1, 2010.

The Debtor and the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank (the "FDIC-Receiver"), have reached a proposed resolution of the Withdrawal Motion, subject to finalization of a

stipulation and subject to approval of the Court. The following provides an outline of the basic terms of the proposed resolution:

    1.    The Withdrawal Motion seeks to remove from the Bankruptcy Court the following: (a) the Debtor's objection to the FDIC-Receiver's "protective" proof of claim in the Debtor's Chapter 11 case (the "<u>Claim Objection</u>"); (b) an adversary proceeding, styled *The Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 09-03087 (DHW), in which the Debtor asserts that if, as alleged by the FDIC-Receiver, the Debtor made any "commitment to maintain the capital" of Colonial Bank within the meaning of Section 365(o) of the Bankruptcy Code, any such commitment should be avoided as a fraudulent obligation (the "<u>Fraudulent Obligation Complaint</u>"); (c) a second adversary proceeding, styled *The Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 10-03018 (DHW), which seeks a declaratory judgment from the Bankruptcy Court that the Debtor is the owner of certain tax refund claims, insurance refund claims and other personal property (the "<u>Personal Property Action</u>"); and (d) a third adversary proceeding, styled *The Colonial BancGroup, Inc. v. F.D.I.C.*, Adv. Proc. No. 10-03019 (DHW), which seeks a declaratory judgment concerning certain real property located in Orlando, FL referred to as the Garland Road Property (the "<u>Garland Property Complaint</u>").

    2.    While the Debtor disputes the FDIC-Receiver's contentions in the Withdrawal Motion and the assertion of grounds for mandatory withdrawal of these matters, the Debtor has agreed with the FDIC-Receiver not to oppose permissive withdrawal of the Claim Objection, the Fraudulent Transfer Complaint and the Personal Property Complaint.

    3.    The FDIC-Receiver has agreed to remove from its request for withdrawal of reference the Garland Property Complaint and to join in a stipulation that, to the extent any issues relating to the Garland Road Property are currently raised in either the Claim Objection pleading or in the civil action pending in this Court styled *The Colonial BancGroup, Inc. v. Federal Deposit Insurance Corporation, as Receiver for Colonial Bank*, Case 2:10-cv-0198, such issues will be decided by the Bankruptcy Court as a part of the Garland Property Complaint, which shall remain pending before the Bankruptcy Court.

    4.    The Debtor and the FDIC-Receiver have also agreed that, subject to this Court's entry of an order of withdrawal in accordance with the above, the briefing schedule on the FDIC-Receiver's motion to

dismiss the Fraudulent Obligation Complaint shall be as follows: (a) the Debtor shall have through June 11, 2010 to respond to the motion; and (b) the FDIC-Receiver shall have through June 25, 2010, to reply to the Debtor's response. To the extent this proposed schedule is unacceptable to the Court, the Debtor requests a telephonic conference to discuss an acceptable briefing schedule.

5. The Debtor and the FDIC-Receiver are discussing the issue of consolidation of the various matters that are pending before this Court. At this time, each of the parties reserves its rights to request or oppose such relief in whole or in part but will seek to reach a resolution of this issue promptly.

6. The stipulation to be entered into between the Debtor and the FDIC-Receiver to memorialize the agreements outlined herein shall provide that the FDIC-Receiver does not waive any jurisdictional argument that it may have with respect to any other present or future adversary proceeding or contested matter filed in the Bankruptcy Court.

7. The Debtor submits that this represents an agreement in principle with the FDIC-Receiver, subject to the FDIC-Receiver's reservation of rights to confer with the Debtor and Court on the final terms of the order. The Debtor reserves its rights, subject to the Court's approval, to file a further response or opposition to the Withdrawal Motion should the FDIC-Receiver not agree to the terms of an acceptable order.

Dated:  April 23, 2010                              */s/ Rufus T. Dorsey, IV*
                                                    One of the Attorneys for Debtor,
                                                    The Colonial BancGroup, Inc.

                                                    Dorman Walker, Esq.
                                                    W. Clark Watson, Esq.
                                                    BALCH & BINGHAM LLP
                                                    Post Office Box 78
                                                    Montgomery, Alabama 36101
                                                    (334) 834-6500
                                                    (334) 269-3115
                                                    dwalker@balch.com
                                                    cwatson@balch.com

                                                    C. Edward Dobbs, Esq.
                                                    Rufus T. Dorsey, IV, Esq.
                                                    PARKER, HUDSON, RAINER & DOBBS LLP
                                                    1500 Marquis Two Tower
                                                    285 Peachtree Center Avenue NE
                                                    Atlanta, Georgia 30303
                                                    (404) 523-5300
                                                    (404) 522-8409
                                                    edobbs@phrd.com
                                                    rdorsey@phrd.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

-----------------------------------------------------------x
: 
In re : Chapter 11
:
THE COLONIAL BANCGROUP, INC., : Case No.  09-32303 (DHW)
: Adv. Proc. No. 09-03087
Debtor. :
:
-----------------------------------------------------------x
:
:
THE COLONIAL BANCGROUP, INC., :
:
Plaintiff, :
:
v. : Case No.  2:10-mc-3503 (MHT)
:
FEDERAL DEPOSIT INSURANCE :
CORPORATION, as Receiver for :
COLONIAL BANK, :
:
Defendant. :
:
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the *Response of The Colonial BancGroup, Inc. to Motion of the Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, to Withdraw the Reference of Several Pending Matters to Consolidate Proceedings Before the District Court* [Doc. No. 8] was electronically served on April 23, 2010, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing and will be served by first class mail on April 26, 2010, upon those counsel or parties listed below:

    Jeremy R. Johnson,Esq.
    DLA Piper LLP (US)
    1251 Avenue of the Americas
    New York, NY 10020

1508510_1

Thomas R. Califano, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
This 23rd day of April, 2010.

Dated:  April 23, 2010             /s/ Rufus T. Dorsey, IV
                                   One of the Attorneys for Debtor,
                                   The Colonial BancGroup, Inc.

                                   Dorman Walker, Esq.
                                   W. Clark Watson, Esq.
                                   BALCH & BINGHAM LLP
                                   Post Office Box 78
                                   Montgomery, Alabama 36101
                                   (334) 834-6500
                                   (334) 269-3115
                                   dwalker@balch.com
                                   cwatson@balch.com

                                   C. Edward Dobbs, Esq.
                                   Rufus T. Dorsey, IV, Esq.
                                   PARKER, HUDSON, RAINER & DOBBS LLP
                                   1500 Marquis Two Tower
                                   285 Peachtree Center Avenue NE
                                   Atlanta, Georgia 30303
                                   (404) 523-5300
                                   (404) 522-8409
                                   edobbs@phrd.com
                                   rdorsey@phrd.com